```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**FEDERAL NATIONAL MORTGAGE** :
**ASSOCIATION** :
                                           :
    **Plaintiff,**
vs. :
                                           :     **CIVIL ACTION 15-478-KD-M**
**RAYFORD CAMPBELL** :

    **Defendant.**

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 11) is adopted as the opinion of this Court.

Accordingly, Plaintiff's Motion to Remand is GRANTED, and this action is remanded to the Circuit Court of Mobile, Alabama.

DONE this 22nd day of December 2015.

                                                         s/ Kristi K. DuBose
                                                         KRISTI K. DuBOSE
                                                         UNITED STATES DISTRICT JUDGE